## (March 25, 1957)

ALBERT C. EIDELBERG, Appellant, v. CHARLOTTE KESTENBAUM et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante,* p. 663.]

HENOR REALTY CORP., Respondent, v. AMBROSIO VASQUEZ, Appellant. HENOR REALTY CORP., Respondent, v. NORMA PENNY, Appellant. HENOR REALTY CORP., Respondent, v. CLEMENTI RODRIGUEZ, Appellant. HENOR REALTY CORP., Respondent, v. LINA DADDINO, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

In the Matter of MICHAEL J. QUILL, Appellant, against COUNTY COURT OF KINGS COUNTY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante,* p. 717.]

In the Matter of the Estate of GABRIEL RIZZO, Deceased. JOSEPHINE RIZZO, Appellant; FRANK RIZZO, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Murphy, Ughetta, Hallinan and Kleinfeld, JJ.; Wenzel, Acting P. J., not voting. [See 2 A D 2d 993.]

ABRAHAM NAPHTALI, Appellant, v. BLANCHE NAPHTALI, Respondent, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Beldock, Murphy and Ughetta, JJ.; Wenzel, J., not voting. [See *ante,* p. 731.]

CLAUS STELLING et al., Appellants, v. PUBLIC LUMBER SUPPLY Co., INC., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ.; Wenzel, J., not voting. [See *ante,* p. 713.]

AGNES I. WITKIN et al., Appellants, v. CITY OF NEW YORK, Respondent. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Murphy, Hallinan and Kleinfeld, JJ.; Wenzel, Acting P. J., not voting. [See *ante,* p. 720.]